**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL ACTION NO. 3:19-MJ-58 |
| v. | (MEHALCHICK, M.J.) |
| Corey Slusser, | |
| Defendant | |

## ORDER

**AND NOW**, this 29th day of July, 2019, Corey Slusser having been brought in front of the undersigned pursuant to a warrant issued by the Department of the Army, and having been advised of his rights, is hereby detained pursuant to 18 U.S.C. § 3182 until arrangement for transfer to the Department of the Army is arranged. A review of detention hearing is scheduled for **Friday, August 2, 2019 at 11:00 AM**.

**Dated: July 29, 2019**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**