IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:19-MJ-00058 |
| | : | |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| COREY G. SLUSSER | : | (Electronically Filed) |

## ORDER

AND NOW this 31st day of July, 2019, after consideration of Corey G. Slusser's Motion to Cancel Detention Hearing, IT IS HEREBY ORDERED AND DECREED as follows:

1. The Motion is GRANTED.

2. The hearing scheduled for August 2, 2019, is canceled.

BY THE COURT

_____
Karoline Mehalchick
United States Magistrate Judge